IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEPHEN ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>SAMSON OIL & GAS USA MONTANA, INC.; and SAMSON OIL & GAS, USA, INC.,<br><br>Defendants. | CV 23-00006-BLG-SPW<br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 11) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for February 21, 2024 at 1:30 p.m. and the Jury Trial set for March 4, 2024 at 9:00 a.m. are **VACATED.**

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this _1st_ day of May, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE